**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

☐ AMENDED

In re: **Charles Graeser, Jr.**
**Amber Graeser**
Debtors:

Case No.

Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) *2135 Carroll Road, Enville, TN 38332*   (2) *2135 Carroll Road, Enville, TN 38332*

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ *3,827.00*   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ PAYROLL DEDUCTION     OR ( *X* ) DIRECT PAY
From:

**Debtor(2)** shall pay $ *0.00*   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION     OR ( ) DIRECT PAY
From:

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]   ☐ YES   ☑ NO
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**
*None*
Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins
Approximate arrearage:
Monthly Plan Payment: $

**5. PRIORITY CLAIMS:**
*-NONE-*   Amount   $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:
*Vanderbilt Mortgage*   ongoing payment begins  November 2017   $*1,496.00*
Approximate arrearage: $4,488.00   Interest    $75.00

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *Navy Federal Credit Union* Adequate Protection Payment $50.00 | *9,802.00* | *7.00* | $*200.00* |
| *Navy Federal Credit Union* Adequate Protection Payment $138.00 | *26,271.00* | *7.00* | $*552.00* |
| *Navy Federal Credit Union* Adequate Protection Payment $38.00 | *7,057.00* | *7.00* | $*150.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *First Heritage* | *2,397.00* | *7.00* | $*51.00* |
| *One Main* | *9,407.00* | *7.00* | $*198.00* |
| *World Acceptance* | *2,618.00* | *7.00* | $*55.00* |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

*-NONE-*                                                           Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                Amount:              Rate of Interest        Monthly Plan Payment:
*-NONE-*                                                                        $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
*None*                                    ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$60,764.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| Contract | Assumes | Rejects |
|---|---|---|
| *Aaron's: Appliances* | ☑ Assumes | ☐ Rejects. |
| *Aaron's: Furniture* | ☑ Assumes | ☐ Rejects. |
| *Rides to Go: 2003 Honda Pilot. Daughter Drives and Makes Payment.* | ☑ Assumes | ☐ Rejects. |
| *M & S Rent to own: storage building* | X Assume | |

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*None*

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ Alissa York Gay*                                    Date  *July 25, 2017*                          .
*Alissa York Gay*
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**                    ral/rh